THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JULIO MARTINEZ, Defendant-Appellant.

(No. 58434; )

First District (2nd Division)—September 25, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

James F. Slager, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.